## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**CASE NO. 4:13CR00224 BSM**

**JOSEPH LOUIS THURLOW**                                                          **DEFENDANT**

## AMENDED JUDGMENT

The judgment entered on January 28, 2015 [Doc. No. 71], is hereby amended to reflect the correct payee for the restitution amount.  Thurlow is ordered to pay restitution to West Side Pharmacy in the amount of $979.63 and to Cincinnati Insurance Company in the amount of $61,906.79.  The remaining portions of the judgment will remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 2nd day of February 2015.

_____
UNITED STATES DISTRICT JUDGE