# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

### CASE NO. 4:13-CR-00224-BSM-3

**JOSEPH LOUIS THURLOW**                                                                  **DEFENDANT**

### AMENDED JUDGMENT

Joseph Thurlow's motion to amend judgment [Doc. No. 94] is granted and he is ordered to pay restitution to Cincinnati Insurance Company in the amount of $20,802.24. Further, Thurlow's ordered restitution to Cincinnati Insurance Company is no longer joint and several. The remaining portions of the judgment remain in full force and effect. The clerk is directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 26th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE